UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MATTHEW GILLESPIE and KYLE FRANKLIN,**

      **Plaintiffs,**

v.                                         Case No: 6:15-cv-2086-Orl-41DCI

**ROBINSON'S TRACTOR SERVICES, INC. and KIRK ROBINSON,**

      **Defendants.**

                                    /

**ORDER**

THIS CAUSE is before the Court on the parties' Amended Joint Motion for Approval of Settlement (Doc. 38). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 40), which recommends that the parties' motion be granted.

After a *de novo* review of the record in this matter and noting that no objections were timely filed, the Court agrees entirely with the analysis set forth in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 40) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Amended Joint Motion for Approval of Settlement (Doc. 38) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 27, 2017.



Copies furnished to:

Counsel of Record